## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>MUBARAK H. IBRAHIM,<br><br>Debtor, | Chapter 7<br><br>BK No. 23-07031<br><br>Hon. Jacqueline P. Cox |
| GUS PALOIAN, not personally but solely in his capacity as the duly appointed chapter 7 trustee for the estate of MUBARAK H. IBRAHIM,<br><br>Plaintiff,<br><br>v.<br><br>SAWSAN HOMSI, BADR ALI, PETROLEUM INVESTMENT PROPERTIES, LLC, CALUMET FUEL, INC., NASR ALI, CALUMET PARK MOBIL, LLC, AHMAD ZAHDAN, AJ 119TH, INC., AND AJOMON JOY,<br><br>Defendants. | Adv. No. 25-00168<br><br>Hon. Jacqueline P. Cox |

### BADR ALI'S MOTION FOR EXTENSION OF TIME TO FILE HIS ANSWER TO THE COMPLAINT

Defendant Badr Ali filed his motion to dismiss the Trustee's complaint pursuant to Rule 12(b)(6) on October 15, 2025. The Court ruled on this motion to dismiss on February 5, 2026 [Dckt 79], granting the motion in part. Count I was dismissed, and the Trustee was given until February 18, 2026 to replead Count I. On February 18, 2026, the Trustee filed a motion requesting until May 4, 2026 to replead. The motion is noticed for March 10, 2026.  [Dckt. 84, 85].

Mr. Ali requests that the due date for his answer be extended until either after the Trustee repleads Count I or March 24, 2026, which is two weeks after the March 10 court date. The request is due to the current status of the pleadings, the religious holiday that Mr. Ali is currently observing, and the undersigned's work schedule.

1

Respectfully submitted,

Stephen Scallan
Stephen Scallan

Stephen Scallan
Scallan, P.C.
53 W. Jackson, Suite 560
Chicago, IL 606040
(312) 631-3139
stevescallan@scallanpc.com
ARDC No. 6230195
*Attorney for Badr Ali*