# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    MUBARAK H. IBRAHIM,<br><br>                        Debtor. | Chapter 7<br><br>BK No. 23-07031<br><br>Hon. Jacqueline P. Cox |
| GUS PALOIAN, not personally but solely in his capacity as the duly appointed chapter 7 trustee for the estate of MUBARAK H. IBRAHIM,<br><br>                        Plaintiff,<br><br>v.<br><br>SAWSAN HOMSI, BADR ALI, PETROLEUM INVESTMENT PROPERTIES, LLC, CALUMET FUEL, INC., NASR ALI, CALUMET PARK MOBILE, LLC, AHMAD ZAHDAN, AJ 119TH, INC., and AJOMON JOY,<br><br>                        Defendants. | Adv. No. 25-00168<br><br>Hon. Jacqueline P. Cox |

## ORDER DENYING THE EMERGENCY APPLICATION [DKT. NO. 98]

This matter coming before the court on the Application to Set Emergency Hearing on Defendants' Emergency Motion to Reset Hearing on Chapter 7 Trustee's Motion for Temporary Restraining Order and Preliminary Injunction [Dkt. No. 98]., (the"Emergency Application" [Dkt. No.98] filed by Defendants' to set an emergency hearing (the "Motion").

IT IS HEREBY ORDERED:   The Emergency Application is DENIED.

Dated: March 11, 2026          Entered:   *Jacqueline P. Cox*

                                    *J. Cox*
                          _____

                          Jacqueline P. Cox,

                          Chief JudgeUnited States Bankruptcy Court